# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Keith Allen Bagenstose<br>　　　　Pamela Jean Bagenstose<br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| NRZ Pass-Through Trust II , U.S. Bank National Association as trustee, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　　　vs. | NO. 19-12048 PMM |
| Keith Allen Bagenstose<br>Pamela Jean Bagenstose<br>　　　　　　　　　　Debtor(s) | |
| Scott Waterman<br>　　　　　　　　　　Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　Kindly withdraw the Objection to Confirmation of NRZ Pass-Through Trust II , U.S. Bank National Association as trustee, which was filed with the Court on or about **June 19, 2019, docket number 15**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　By: **/s/ Rebecca A. Solarz, Esquire**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant

April 9, 2020