UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                              :

KEITH ALLEN BAGENSTOSE
PAMELA JEAN BAGENSTOSE
                                                                    : Chapter 13

　　　　Debtor(s)                                          : Bankruptcy No. 19-12048PMM

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Chapter 13 Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: May 21, 2020**

_____
Patricia M. Mayer,
U.S. Bankruptcy Judge