# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
    KEITH BAGENSTOSE    :    Chapter 13
    PAMELA BAGENSTOSE    :
    Debtor    :    Bankruptcy No: 19-12048

## CERTIFICATE OF THE NONEXISTENCE OF PAYMENT ADVICES

I hereby certify that I am not currently employed, and I do not receive payment ADVICES.

Date: 05/27/2020    Debtor: *Pamela J Bagenstose*