UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KEITH BAGENSTOSE, | : | CHAPTER 13 |
| PAMELA BAGENSTOSE, | : | |
| DEBTOR | : | BANKRUPTCY NO. 19-12048 |

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on May 28, 2020, a copy of the Motion for Reconsideration, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Keith and Pamela Bagenstose.

Dated:  June 23, 2020                             /s/Joseph Bambrick
                                                  Joseph T. Bambrick, Jr., Esquire
                                                  Attorney ID 45112
                                                  529 Reading Avenue
                                                  West Reading, PA  19611
                                                  610/372-6400