## UNITED STATES BANKRUPCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KEITH BAGENSTOSE, | : | CHAPTER 13 |
| PAMELA BAGENSTOSE, | : | |
| Debtors | : | BANKRUPTCY NO: 19-12048 |

## **O R D E R**

*AND NOW*, upon consideration of the Debtor's Motion for Reconsideration, it is hereby **ORDERED** and **DECREED** that the Debtor's request is *GRANTED*.

BY THE COURT

*(signed)* Patricia M. Mayer

**Dated: June 25, 2020**

**PATRICIA M. MAYER,**
**UNITED STATES BANKRUPTCY JUDGE**