United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 19-12048-pmm
Keith Allen Bagenstose                                              Chapter 13
Pamela Jean Bagenstose
     Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0313-4        User: Christina        Page 1 of 2        Date Rcvd: Jun 25, 2020
                            Form ID: pdf900        Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2020.
```
db/jdb       +Keith Allen Bagenstose,    Pamela Jean Bagenstose,    38 East Broad Street,
               Reading, PA 19607-2714
smg          +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg           City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg          +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg          +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg          +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
14299169     +Alltemp Enterprise,    PO Box 545,    Reading, PA 19607-0545
14314016     +Alltemp Enterprise, Inc.,    5 Front Street Plaza,    Mohnton, PA 19540-2006
14299170     +Arcadia Recovery Bureau,    PO Box 70256,    Philadelphia, PA 19176-0256
14299171     +Arcadia Recovery Bureau/Reading Hospital,    PO Box 70256,    Philadelphia, PA 19176-0256
14299172     +Berks Earned Income Tax Bureau,    1125 Berkshire Blvd,    Suite 115,    Reading, PA 19610-1222
14299174     +Berks Oral Surgery,    1075 Bershire Blvd,    Reading, PA 19610-1264
14299173     +Berks foot and Ankle,    654 Philadelphia Avenue,    Reading, PA 19607-2769
14317539     +Chase Bank USA, N.A.,    c/o Robertson, Anschutz & Schneid, P.L.,
               6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
14299176      Fay Servicing,    PO Box 619063,    Dallas, TX 75261-9063
14316420     +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
14344968     +Fay Servicing, LLC. as servicer for,    NRZ Pass-Through Trust II, US Bank,
               c/o KEVIN G. MCDONALD,    701 Market St. Suite 5000,    Philadelphia, PA 19106-1541
14299177     +First Federal Credit,    24700 Chagrin Blvd,    Cleveland, OH 44122-5662
14299178     +Keystone Orthopedic,    301 S. 7th Ave,    Suite 365,    Reading, PA 19611-1436
14299179     +Keystone Orthopedics Specialists LLC,    301 S. 7th Ave,    Suite 365,    Reading, PA 19611-1436
14337529      NRZ Pass-Through Trust II, et. al.,    P.O. Box 814609,    Dallas TX 75381-4609
14299181     +Patient First/Arcadia Rocovery,    PO Box 70256,    Philadelphia, PA 19176-0256
14299182     +Reading Hospital/Arcadia Recovery Bureau,    PO Box 70256,    Philadelphia, PA 19176-0256
14299183     +Surgicenter at Spring Ridge,    2603 Keiser Blvd,    Reading, PA 19610-3344
14299184     +Synchrony bank/Walmart/Midland funding,    2365 Northside Drive,    Suite 300,
               San Diego, CA 92108-2709
14299185     +Transword Systmes Inc,    PO Box 17221,    Wilmington, DE 19850-7221
14299186     +UGI South,    PO Box 5503,    Wilmington, DE 19808-0503
14394355      US Department of Education,    PO Box 16448,    Saint Paul, MN 55116-0448
14299187     +US Department of Education,    PO Box 5609,    Greenville, TX 75403-5609
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2020 04:09:46
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 26 2020 04:10:04     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr           +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 04:52:02      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14299175     +E-mail/PDF: DellBKNotifications@resurgent.com Jun 26 2020 04:13:29     Dell Financial Services,
               PO Box 81607,    Austin, TX 78708-1607
14321673     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 26 2020 04:09:53      Midland Funding LLC,
               PO Box 2011,    Warren, MI 48090-2011
14349473      E-mail/PDF: pa_dc_claims@navient.com Jun 26 2020 04:13:03
               Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
14299180     +E-mail/PDF: pa_dc_ed@navient.com Jun 26 2020 04:13:03      Navient US Department of Education,
               PO Box 4450,    Portland, OR 97208-4450
14313422     +E-mail/PDF: cbp@onemainfinancial.com Jun 26 2020 04:13:27      OneMain,    PO Box 3251,
               Evansville, IN 47731-3251
14300555     +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2020 05:32:44      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Fay Servicing, LLC,    c/o McCalla Raymer Leibert Pierce, LLC,    Bankruptcy Department,
               1544 Old Alabama Road,    Roswell, GA 30076-2102
                                                                                   TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4           User: Christina              Page 2 of 2                  Date Rcvd: Jun 25, 2020
                               Form ID: pdf900              Total Noticed: 38
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2020 at the address(es) listed below:
          JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Keith Allen Bagenstose NO1JTB@juno.com
          JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Pamela Jean Bagenstose NO1JTB@juno.com
          KEVIN G. MCDONALD    on behalf of Creditor    NRZ Pass-Through Trust II , U.S. Bank National
           Association as trustee bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    NRZ Pass-Through Trust II , U.S. Bank National
           Association as trustee bkgroup@kmllawgroup.com
          ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com
          SCOTT   WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 8
```

# UNITED STATES BANKRUPCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| KEITH BAGENSTOSE, | : | CHAPTER 13 |
| PAMELA BAGENSTOSE, | : | |
| Debtors | : | BANKRUPTCY NO: 19-12048 |

## O R D E R

*AND NOW*, upon consideration of the Debtor's Motion for Reconsideration, it is hereby **ORDERED** and **DECREED** that the Debtor's request is *GRANTED*.

BY THE COURT

**June 25, 2020**
Dated: _____

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER,**
**UNITED STATES BANKRUPTCY JUDGE**