UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Chapter 13 |
| KEITH ALLEN BAGENSTOSE and PAMELA JEAN BAGENSTOSE | : Bankruptcy No. 19-12048PMM : |
| Debtor(s) | : |

## PRAECIPE

Kindly (re)schedule a Confirmation Hearing on SEPTEMBER 3, 2020 at 10:00 A.M. in the above-captioned matter, with notice to debtor(s), debtor's counsel, standing trustee and all creditors.

Respectfully submitted,

Date: June 30, 2020

*/s/Scott F. Waterman*
Scott F. Waterman, Esq.,
Chapter 13 Standing Trustee
2901 St. Lawrence Avenue
Reading, PA 19606-0410
Telephone: (610) 779-1313