*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Keith Allen Bagenstose and Pamela Jean Bagenstose
    Debtor(s)

Case No: 19–12048–pmm
Chapter: 13

---

### NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Court,

    on: 9/3/20

    at: 10:00 AM

    in: 201 Penn Street, 4th Floor, Reading, PA 19601

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    United States Bankruptcy Court
    Office of the Clerk, Gateway Building
    201 Penn Street, 1st Floor
    Reading, PA 19601

and serve counsel for the debtor at least 5 days before the above date.

Dated: 7/1/20

For The Court

Timothy B. McGrath
Clerk of Court

33 – 19
Form 160