| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 19-12048-PMM**

KEITH ALLEN BAGENSTOSE  
PAMELA JEAN BAGENSTOSE  
38 EAST BROAD STREET  
READING  PA    19607  

Petition Filed Date: 04/01/2019  
341 Hearing Date: 05/14/2019  
Confirmation Date:

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/15/2019 | $168.50 | Automatic Payr | 04/29/2019 | $168.50 | Automatic Payr | 05/13/2019 | $168.67 | Automatic Payr |
| 05/28/2019 | $168.67 | Automatic Payr | 06/10/2019 | $168.67 | Automatic Payr | 06/24/2019 | $168.67 | Automatic Payr |
| 07/09/2019 | $168.67 | Automatic Payr | 07/22/2019 | $168.67 | Automatic Payr | 08/05/2019 | $168.67 | Automatic Payr |
| 08/19/2019 | $168.67 | Automatic Payr | 09/03/2019 | $168.67 | Automatic Payr | 09/16/2019 | $168.67 | Automatic Payr |
| 10/01/2019 | $168.67 | | 10/15/2019 | $168.67 | | 10/28/2019 | $168.67 | |
| 11/12/2019 | $168.67 | | 11/25/2019 | $168.67 | | 12/09/2019 | $168.67 | |
| 12/26/2019 | $168.67 | | 01/07/2020 | $168.67 | | 01/21/2020 | $168.67 | |
| 02/03/2020 | $168.67 | | 02/18/2020 | $168.67 | | 03/02/2020 | $168.67 | |
| 03/16/2020 | $168.67 | | 03/30/2020 | $168.67 | | 04/08/2020 | $214.86 | |
| 04/22/2020 | $214.86 | | 05/08/2020 | $214.86 | | 05/22/2020 | $214.86 | |
| 07/14/2020 | $260.00 | | 08/06/2020 | $260.00 | | | | |

**Total Receipts for the Period: $5,764.52    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $5,764.52**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Chapter 13 Case No. 19-12048-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,764.52 | Current Monthly Payment: | $429.72 |
| Paid to Claims: | $0.00 | Arrearages: | $1,628.60 |
| Paid to Trustee: | $537.66 | Total Plan Base: | $26,300.80 |
| Funds on Hand: | $5,226.86 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.