United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Keith Allen Bagenstose
Pamela Jean Bagenstose
    Debtors

Case No. 19-12048-pmm
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Christina     Page 1 of 1     Date Rcvd: Sep 03, 2020
                      Form ID: 155      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 05, 2020.
db/jdb      +Keith Allen Bagenstose,    Pamela Jean Bagenstose,    38 East Broad Street,    Reading, PA 19607-2714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2020                                        Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 3, 2020 at the address(es) listed below:
         JOSEPH T. BAMBRICK, JR.    on behalf of Joint Debtor Pamela Jean Bagenstose NO1JTB@juno.com
         JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Keith Allen Bagenstose NO1JTB@juno.com
         KEVIN G. MCDONALD    on behalf of Creditor    NRZ Pass-Through Trust II , U.S. Bank National Association as trustee bkgroup@kmllawgroup.com
         REBECCA ANN SOLARZ    on behalf of Creditor    NRZ Pass-Through Trust II , U.S. Bank National Association as trustee bkgroup@kmllawgroup.com
         ROLANDO RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com
         SCOTT WATERMAN    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com
         SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                           TOTAL: 8

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Keith Allen Bagenstose and Pamela Jean Bagenstose
    Debtor(s)

Chapter: 13
Bankruptcy No: 19−12048−pmm

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this 3rd day of September 2020 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

40
Form 155