UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
| | | |
|---|---|---|
| KEITH BAGENSTOSE, | : | CHAPTER 13 |
| PAMELA BAGENSTOSE, | : | |
| DEBTORS | : | BANKRUPTCY NO. 19-12048 |

## CERTIFICATE OF NO RESPONSE

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on September 8, 2020, a copy of the Application for Compensation, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Keith & Pamela Bagenstose.

Dated:  September 30, 2020            /s/Joseph Bambrick
                                     Joseph T. Bambrick, Jr., Esquire
                                     Attorney ID 45112
                                     529 Reading Avenue
                                     West Reading, PA  19611
                                     610/372-6400