United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keith Allen Bagenstose  
Pamela Jean Bagenstose  
    Debtor(s)

Case No. 19-12048-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Christina     Page 1 of 2  
Date Rcvd: Oct 02, 2020     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2020:**

**Recip ID**    **Recipient Name and Address**  
db/jdb    + Keith Allen Bagenstose, Pamela Jean Bagenstose, 38 East Broad Street, Reading, PA 19607-2714

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).  
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID**    **Bypass Reason**    **Name and Address**  
jdb    *+    Pamela Jean Bagenstose, 38 East Broad Street, Reading, PA 19607-2714

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 04, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2020 at the address(es) listed below:

**Name**    **Email Address**

JOSEPH T. BAMBRICK, JR.  
    on behalf of Joint Debtor Pamela Jean Bagenstose NO1JTB@juno.com

JOSEPH T. BAMBRICK, JR.  
    on behalf of Debtor Keith Allen Bagenstose NO1JTB@juno.com

KEVIN G. MCDONALD  
    on behalf of Creditor NRZ Pass-Through Trust II   U.S. Bank National Association as trustee bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ  
    on behalf of Creditor NRZ Pass-Through Trust II   U.S. Bank National Association as trustee bkgroup@kmllawgroup.com

District/off: 0313-4 User: Christina Page 2 of 2
Date Rcvd: Oct 02, 2020 Form ID: pdf900 Total Noticed: 1

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com

SCOTT WATERMAN
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFmail@fredreiglech13.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **KEITH BAGENSTOSE,** | : | Case No. 19-12048 PMM |
| **PAMELA BAGENSTOSE,** | : | |
| Debtor, | : | Chapter 13 |

## O R D E R

**AND NOW**, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby **ORDERED** that:

The Application is **GRANTED.**

Compensation is **ALLOWED** in favor of the Applicant in the amount of **$2,666.00**.

The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less **$ 665.00** which was paid by the Debtor(s) prepetition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

**BY THE COURT,**

Date: _____10/2/20_____

_Patricia M. Mayer_
_____
**Patricia M. Mayer,**
**U.S. BANKRUPTCY JUDGE**