Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021  
**Chapter 13 Case No. 19-12048-PMM**

KEITH ALLEN BAGENSTOSE  
PAMELA JEAN BAGENSTOSE  
38 EAST BROAD STREET  
READING  PA   19607

Petition Filed Date: 04/01/2019  
341 Hearing Date: 05/14/2019  
Confirmation Date: 09/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $168.67 | | 01/21/2020 | $168.67 | | 02/03/2020 | $168.67 | |
| 02/18/2020 | $168.67 | | 03/02/2020 | $168.67 | | 03/16/2020 | $168.67 | |
| 03/30/2020 | $168.67 | | 04/08/2020 | $214.86 | | 04/22/2020 | $214.86 | |
| 05/08/2020 | $214.86 | | 05/22/2020 | $214.86 | | 07/14/2020 | $260.00 | |
| 08/06/2020 | $260.00 | | 08/19/2020 | $215.00 | | 09/01/2020 | $215.00 | |
| 09/25/2020 | $430.00 | | 10/26/2020 | $430.00 | | 12/04/2020 | $430.00 | |
| 01/06/2021 | $1,630.00 | | 02/01/2021 | $430.00 | | 02/25/2021 | $430.00 | |
| 03/25/2021 | $430.00 | | 04/22/2021 | $430.00 | | 05/24/2021 | $430.00 | |

**Total Receipts for the Period: $8,060.13   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,264.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,001.00 | $2,001.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL »» 01U | Unsecured Creditors | $215.20 | $0.00 | $215.20 |
| 3 | ALLTEMP ENTERPRISE, INC. »» 002 | Unsecured Creditors | $364.00 | $0.00 | $364.00 |
| 4 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,373.53 | $0.00 | $1,373.53 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $585.27 | $0.00 | $585.27 |
| 6 | FAY SERVICING LLC »» 005 | Mortgage Arrears | $20,070.11 | $8,302.16 | $11,767.95 |
| 7 | NAVIENT SOLUTIONS INC »» 006 | Unsecured Creditors | $15,132.84 | $0.00 | $15,132.84 |
| 8 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $11,340.69 | $0.00 | $11,340.69 |

Chapter 13 Case No. 19-12048-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $11,264.52 | Current Monthly Payment: | $429.72 |
| Paid to Claims: | $10,303.16 | Arrearages: | $425.80 |
| Paid to Trustee: | $961.36 | Total Plan Base: | $26,300.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.