| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 19-12048-PMM

KEITH ALLEN BAGENSTOSE
PAMELA JEAN BAGENSTOSE
38 EAST BROAD STREET
READING  PA    19607

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 09/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/22/2021 | $430.00 | | 05/24/2021 | $430.00 | | 06/23/2021 | $430.00 | |
| 08/03/2021 | $430.00 | | 09/01/2021 | $430.00 | | 10/06/2021 | $430.00 | |
| 10/28/2021 | $430.00 | | 12/02/2021 | $430.00 | | 12/28/2021 | $430.00 | |
| 02/01/2022 | $430.00 | | 02/28/2022 | $430.00 | | 03/25/2022 | $430.00 | |
| 05/02/2022 | $430.00 | | 06/01/2022 | $430.00 | | 06/22/2022 | $430.00 | |
| 08/03/2022 | $430.00 | | | | | | | |

**Total Receipts for the Period: $6,880.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $17,284.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,001.00 | $2,001.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL<br>»» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL<br>»» 01U | Unsecured Creditors | $215.20 | $0.00 | $215.20 |
| 3 | ALLTEMP ENTERPRISE, INC.<br>»» 002 | Unsecured Creditors | $364.00 | $0.00 | $364.00 |
| 4 | CHASE BANK USA NA<br>»» 003 | Unsecured Creditors | $1,373.53 | $0.00 | $1,373.53 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $585.27 | $0.00 | $585.27 |
| 6 | FAY SERVICING LLC<br>»» 005 | Mortgage Arrears | $20,070.11 | $13,419.16 | $6,650.95 |
| 7 | DEPARTMENT OF EDUCATION LOAN SERVICES<br>»» 006 | Unsecured Creditors | $15,132.84 | $0.00 | $15,132.84 |
| 8 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $11,340.69 | $0.00 | $11,340.69 |

**Chapter 13 Case No. 19-12048-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $17,284.52 | Current Monthly Payment: | $429.72 |
| Paid to Claims: | $15,420.16 | Arrearages: | $421.88 |
| Paid to Trustee: | $1,468.76 | Total Plan Base: | $26,300.80 |
| Funds on Hand: | $395.60 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.