| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-12048-PMM

KEITH ALLEN BAGENSTOSE
PAMELA JEAN BAGENSTOSE
38 EAST BROAD STREET
READING  PA    19607

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 09/03/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/03/2022 | $430.00 | | 08/29/2022 | $430.00 | | 09/29/2022 | $430.00 | |
| 10/25/2022 | $430.00 | | 11/22/2022 | $430.00 | | 12/21/2022 | $430.00 | |
| 01/19/2023 | $430.00 | | 02/27/2023 | $430.00 | | 03/27/2023 | $430.00 | |
| 04/24/2023 | $430.00 | | 06/01/2023 | $430.00 | | 06/23/2023 | $430.00 | |
| 07/26/2023 | $430.00 | | | | | | | |

**Total Receipts for the Period: $5,590.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $22,444.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,001.00 | $2,001.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL »» 01U | Unsecured Creditors | $215.20 | $0.00 | $215.20 |
| 3 | ALLTEMP ENTERPRISE INC »» 002 | Unsecured Creditors | $364.00 | $0.00 | $364.00 |
| 4 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,373.53 | $0.00 | $1,373.53 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $585.27 | $0.00 | $585.27 |
| 6 | FAY SERVICING LLC »» 005 | Mortgage Arrears | $20,070.11 | $18,153.46 | $1,916.65 |
| 7 | DEPARTMENT OF EDUCATION LOAN SERVICES »» 006 | Unsecured Creditors | $15,132.84 | $0.00 | $15,132.84 |
| 8 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $11,340.69 | $0.00 | $11,340.69 |

**Chapter 13 Case No. 19-12048-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $22,444.52 | Current Monthly Payment: | $429.72 |
| Paid to Claims: | $20,154.46 | Arrearages: | $418.52 |
| Paid to Trustee: | $1,898.76 | Total Plan Base: | $26,300.80 |
| Funds on Hand: | $391.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.