Certificate Number: 05781-PAE-DE-038428074

Bankruptcy Case Number: 19-12048



05781-PAE-DE-038428074

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 29, 2024, at 6:10 o'clock PM PDT, Keith Bagenstose completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 29, 2024

By:  /s/Allison M Geving

Name:  Allison M Geving

Title:  President