United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Keith Allen Bagenstose  
Pamela Jean Bagenstose  
    Debtors

Case No. 19-12048-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Jul 31, 2024     Form ID: 138OBJ     Total Noticed: 32

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 02, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keith Allen Bagenstose, Pamela Jean Bagenstose, 38 East Broad Street, Reading, PA 19607-2714 |
| 14299169 | + | Alltemp Enterprise, PO Box 545, Reading, PA 19607-0545 |
| 14299170 | + | Arcadia Recovery Bureau, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14299171 | + | Arcadia Recovery Bureau/Reading Hospital, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14299172 | + | Berks Earned Income Tax Bureau, 1125 Berkshire Blvd, Suite 115, Reading, PA 19610-1222 |
| 14299174 | + | Berks Oral Surgery, 1075 Bershire Blvd, Reading, PA 19610-1264 |
| 14299173 | + | Berks foot and Ankle, 654 Philadelphia Avenue, Reading, PA 19607-2769 |
| 14344968 | + | Fay Servicing, LLC. as servicer for, NRZ Pass-Through Trust II, US Bank, c/o KEVIN G. MCDONALD, 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |
| 14299178 | + | Keystone Orthopedic, 301 S. 7th Ave, Suite 365, Reading, PA 19611-1436 |
| 14299179 | + | Keystone Orthopedics Specialists LLC, 301 S. 7th Ave, Suite 365, Reading, PA 19611-1436 |
| 14337529 | | NRZ Pass-Through Trust II, et. al., P.O. Box 814609, Dallas TX 75381-4609 |
| 14299181 | + | Patient First/Arcadia Rocovery, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14299182 | + | Reading Hospital/Arcadia Recovery Bureau, PO Box 70256, Philadelphia, PA 19176-0256 |
| 14299183 | + | Surgicenter at Spring Ridge, 2603 Keiser Blvd, Reading, PA 19610-3344 |
| 14299184 | + | Synchrony bank/Walmart/Midland funding, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14299186 | + | UGI South, PO Box 5503, Wilmington, DE 19808-0503 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 01 2024 00:11:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 01 2024 00:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14317539 | + | Email/Text: RASEBN@raslg.com | Aug 01 2024 00:11:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14299175 | + | Email/PDF: DellBKNotifications@resurgent.com | Aug 01 2024 00:27:26 | Dell Financial Services, PO Box 81607, Austin, TX 78708-1607 |
| 14299176 | | Email/Text: ECF@fayservicing.com | Aug 01 2024 00:11:00 | Fay Servicing, PO Box 619063, Dallas, TX 75261-9063 |
| 14299177 | | Email/Text: rj@ffcc.com | Aug 01 2024 00:11:00 | First Federal Credit, 24700 Chagrin Blvd, Cleveland, OH 44112 |
| 14316420 | | Email/Text: BankruptcyECFMail@mccalla.com | Aug 01 2024 00:12:00 | Fay Servicing, LLC, c/o McCalla Raymer Leibert Pierce, LLC, Bankruptcy Department, 1544 Old |

Case 19-12048-pmm   Doc 68   Filed 08/02/24   Entered 08/03/24 00:35:39   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Alabama Road, Roswell, GA 30076 |
| 14321673 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 01 2024 00:12:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14349473 | | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 01 2024 00:26:37 | Navient Solutions, LLC. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 14299180 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Aug 01 2024 00:25:10 | Navient US Department of Education, PO Box 4450, Portland, OR 97208-4450 |
| 14313422 | + | Email/PDF: cbp@omf.com | Aug 01 2024 00:26:37 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 14300555 | ^ | MEBN | Aug 01 2024 00:04:34 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14299185 | + | Email/Text: bankruptcydepartment@tsico.com | Aug 01 2024 00:12:00 | Transword Systmes Inc, PO Box 17221, Wilmington, DE 19850-7221 |
| 14664535 | ^ | MEBN | Aug 01 2024 00:04:20 | U.S. Bank National Association,, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 14299187 | + | Email/Text: EDBKNotices@ecmc.org | Aug 01 2024 00:11:00 | US Department of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 14394355 | | Email/Text: EDBKNotices@ecmc.org | Aug 01 2024 00:11:00 | US Department of Education, PO Box 16448, Saint Paul, MN 55116-0448 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14314016 | ##+ | Alltemp Enterprise, Inc., 5 Front Street Plaza, Mohnton, PA 19540-2006 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2024           Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 31, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DANIELLE BOYLE-EBERSOLE | on behalf of Creditor U.S. Bank National Association not in its individual capacity but solely as Trustee for the NRZ Pass-Through Trust XVIII dboyle-ebersole@hoflawgroup.com, PABKAttorneyecf@orlans.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NRZ Pass-Through Trust II  U.S. Bank National Association as trustee bkgroup@kmllawgroup.com |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jul 31, 2024 | Form ID: 138OBJ | Total Noticed: 32 |

JOSEPH T. BAMBRICK, JR.
    on behalf of Debtor Keith Allen Bagenstose NO1JTB@juno.com

JOSEPH T. BAMBRICK, JR.
    on behalf of Joint Debtor Pamela Jean Bagenstose NO1JTB@juno.com

KEVIN G. MCDONALD
    on behalf of Creditor NRZ Pass-Through Trust II   U.S. Bank National Association as trustee bkgroup@kmllawgroup.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFmail@fredreiglech13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

*Form 138OBJ* (6/24)−doc 67 − 58

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|    Keith Allen Bagenstose | ) | Case No. 19−12048−pmm |
| | ) | |
| | ) | |
|    Pamela Jean Bagenstose | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

          Eastern District of Pennsylvania
          United States Bankruptcy Court
          Office of the Clerk, Gateway Building
          201 Penn Street, 1st Floor
          Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: July 31, 2024                                                                 For The Court

                                                                                                Timothy B. McGrath
                                                                                                  Clerk of Court