| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-12048-PMM**

KEITH ALLEN BAGENSTOSE
PAMELA JEAN BAGENSTOSE
38 EAST BROAD STREET
READING  PA     19607

Petition Filed Date: 04/01/2019
341 Hearing Date: 05/14/2019
Confirmation Date: 09/03/2020

Case Status: Completed on 4/12/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2023 | $430.00 | | 09/19/2023 | $430.00 | | 10/23/2023 | $430.00 | |
| 11/28/2023 | $430.00 | | 12/19/2023 | $430.00 | | 01/12/2024 | $430.00 | |
| 02/27/2024 | $430.00 | | 03/21/2024 | $430.00 | | 04/12/2024 | $430.00 | |

**Total Receipts for the Period:  $3,870.00    Amount Refunded to Debtor Since Filing:  $13.72  Total Receipts Since Filing: $26,314.52**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,001.00 | $2,001.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL GROUP LLC »» 01S | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | ONE MAIN FINANCIAL GROUP LLC »» 01U | Unsecured Creditors | $215.20 | $14.49 | $200.71 |
| 3 | ALLTEMP ENTERPRISE INC »» 002 | Unsecured Creditors | $364.00 | $24.52 | $339.48 |
| 4 | CHASE BANK USA NA »» 003 | Unsecured Creditors | $1,373.53 | $92.50 | $1,281.03 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $585.27 | $39.42 | $545.85 |
| 6 | FAY SERVICING LLC »» 005 | Mortgage Arrears | $20,070.11 | $20,070.11 | $0.00 |
| 7 | DEPARTMENT OF EDUCATION LOAN SERVICES »» 006 | Unsecured Creditors | $15,132.84 | $1,019.19 | $14,113.65 |
| 8 | US DEPARTMENT OF EDUCATION »» 007 | Unsecured Creditors | $11,340.69 | $763.79 | $10,576.90 |
| 9 | BERKS EARNED INCOME TAX BUREAU | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 10 | ARCADIA RECOVERY BUREAU | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 11 | BERKS FOOD AND ANKLE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | BERKS ORAL SURGERY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | DELL FINANCIAL SERVICES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | KEYSTONE ORTHOPEDIC SPECIALIST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | PATIENT FIRST | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | READING HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 17 | SURGICENTER SPRING RIDGE | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | UGI SOUTH | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | KEITH ALLEN BAGENSTOSE | Debtor Refunds | $13.72 | $13.72 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $26,314.52 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $24,038.74 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,275.78 | Total Plan Base: | $26,300.80 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.